| AO 10 Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2007 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| I. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Cogan,, Brian M | U.S. District Court, ED of NY | 05/15/2008 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active | ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final  5b. ☐ Amended Report | 01/01/2007 to 12/31/2007 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| US Courthouse 225 Cadman Plaza East Brooklyn, NY 11201 | Reviewing Officer_____ Date_____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Partner - former law firm | Stroock & Stroock & Lavan LLP |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

2008 MAY 13 A 11:39 FINANCIAL DISCLOSURE OFFICE RECEIVED

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1/1/1988 | Stroock & Stroock & Lavan LLP Retirement Plan wih former law firm, no control |
| 2. 1/1/2002 | Stroock & Stroock & Lavan LLP Profit Sharing Plan wih former law firm, no control |
| 3. | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Cogan,, Brian M | 05/15/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- |
| 1. 2007 | Stroock & Stroock & Lavan LLP, Attorney | $ 350,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
| --- | --- |
| 1. 2007 | Stroock & Stroock & Lavan LLP, Attorney |
| 2. 2007 | Lovells LLP, Attoney |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- | --- |
| 1. | American Bar Association | March 15-16, 2007 | Washington, D.C. | Speaker, ABA meeting | Transportation, meals, hotel |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan,, Brian M | 05/15/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Chase Visa | Credit Card | J |
| 2. | Amex Platinum | Credit Card | K |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan,, Brian M | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. JPMorgan Chase Bank account | B | Interest | M | T | | | | | |
| 2. Ameritrade Inc. cash account | A | Interest | | | closed | 1/29 | J | | |
| 3. Stroock & Stroock & Lavan LLP, Loan Receivable | E | Interest | N | U | | | | | see note in Part VIII |
| 4. Housing Programs Limited, Partners, partnership | B | Int./Div. | J | U | | | | | |
| 5. Compark Owners Corp., stock, (preferred) | A | Dividend | J | U | | | | | |
| 6. Brokerage Accout #1 | | | | | | | | | |
| 7. - AMB Property Corp. (REIT) | A | Dividend | | | sell | 1/29 | J | A | |
| 8. - Apartment Investment & Management Co., (REIT)(Y) | | | | | | | | | |
| 9. - Archestone-Smith Trust (REIT) | | None | | | sell | 1/29 | J | D | |
| 10. - Arden Realty Inc. (REIT)(Y) | | | | | | | | | |
| 11. - AvalonBay Communities Inc. (REIT) | | None | | | sell | 1/29 | J | D | |
| 12. - BRE Properties Inc. (REIT) | | None | | | sell | 1/29 | J | A | |
| 13. - Boston Properties Inc. (REIT)(Y) | | | | | | | | | |
| 14. - Brandywine Realty Trust (REIT) | A | Dividend | | | sell | 1/29 | J | A | |
| 15. - Camden Property Trust (REIT) | | None | | | sell | 1/29 | J | A | |
| 16. - Carramerica Realty Corp. (REIT)(Y) | | | | | | | | | |
| 17. - Corporate Office Properties Trust, Inc. (REIT) | | None | | | sell | 1/29 | J | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan,, Brian M | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  - Douglas Emmett Inc. (REIT) | A | Dividend | | | sell | 1/29 | J | A | |
| 19.  - Equity Office Properties Trust (REIT) | | None | | | sell | 1/29 | J | C | |
| 20.  - Equity Residential  (REIT) | | None | | | sell | 1/29 | J | C | |
| 21.  - Essex Property Trust Inc. (REIT) | | None | | | sell | 1/29 | J | A | |
| 22.  - Extra Space Storage, Inc.  (REIT) | | None | | | sell | 1/29 | J | B | |
| 23.  - Fairmont Hotels & Resort Inc.  (REIT)(Y) | | | | | | | | | |
| 24.  - Federal Realty Investment Trust (REIT) | A | Dividend | | | sell | 1/29 | J | C | |
| 25.  - Host Hotels & Resorts Inc. (REIT) (Y) | | | | | | | | | |
| 26.  - Health Care Property Invs Inc. (REIT) | | None | | | sell | 1/29 | J | B | |
| 27.  - Macerich Co. (REIT) | | None | | | sell | 1/29 | J | C | |
| 28.  - Mack-Cali Realty Corp.  (REIT) | A | Dividend | | | sell | 1/29 | J | B | |
| 29.  - Post Properties Inc. (REIT) | A | Dividend | | | sell | 1/29 | J | B | |
| 30.  - Prologis SBI ( REIT) | | None | | | sell | 1/29 | J | C | |
| 31.  - Public Storage Inc. (formerly Shurgard Storage) (REIT) | | None | | | sell | 1/29 | J | D | |
| 32.  - Reckson Associates Realty Corp. (REIT)(Y) | | | | | | | | | |
| 33.  - Regency Centers Corp.  (REIT)(Y) | | | | | | | | | |
| 34.  - Reserve Fund Primary Fund | A | Dividend | | | closed | 1/29 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan,, Brian M | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - SL Green Realty Corp. (REIT) | | None | | | sell | 1/29 | J | D | |
| 36. - Simon Property Group Inc. (REIT) | | None | | | sell | 1/29 | J | C | |
| 37. - Starwood Hotels & Resort Worldwide Inc. (REIT) | A | Dividend | | | sell | 1/29 | J | C | |
| 38. - Strategic Hotels & Resorts Inc.(formerly Strategic) (REIT) | | None | | | sell | 1/29 | J | | |
| 39. - Taubman Centers Inc. (REIT) | | None | | | sell | 1/29 | J | B | |
| 40. - Trizec Properties Inc. (REIT)(Y) | | | | | | | | | |
| 41. - Weingarten Realty Investors (REIT) | | None | | | sell | 1/29 | J | A | |
| 42. Brokerage Account #2 | | | | | | | | | |
| 43. - ADC Telecommunications Inc. Stock (common) (Y) | | | | | | | | | |
| 44. - Advanced Medical Optics Inc. Stock (common) | | None | | | buy | 1/9 | J | | |
| 45. | | | | | buy | 1/18 | J | | |
| 46. | | | | | sell | 1/29 | J | A | |
| 47. - Agere Systems Inc. Stock (common)(Y) | | | | | | | | | |
| 48. -Airtran Holdings Inc.Stock (common) | | None | | | buy | 1/16 | J | | |
| 49. | | | | | sell | 1/29 | J | | |
| 50. - Alleghany Corp-Del Stock (common) | | None | | | sell | 1/29 | J | A | |
| 51. - Allied Waste Industries Inc. Stock (common)(Y) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan,, Brian M | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Alpha Natural Resources Inc. Stock (common)(Y) | | | | | | | | | |
| 53. - American Equity Investment Life Holding Co. Stock (common) | | None | | | sell | 1/29 | J | A | |
| 54. - Ameristar Casinos Inc. Stock (common) | | None | | | sell | 1/29 | J | A | |
| 55. - Amerus Group Co. Stock (common)(Y) | | | | | | | | | |
| 56. - Applebee's International Inc. Stock (common)(Y) | | | | | | | | | |
| 57. - Arch Coal Inc. Stock (common)(Y) | | | | | | | | | |
| 58. -Ariba Inc. Stock (common) | | None | | | buy | 1/26 | J | | |
| 59. | | | | | sell | 1/30 | J | | |
| 60. -Arris Group Inc. Stock (common) | | None | | | buy | 1/17 | J | | |
| 61. | | | | | sell | 1/29 | J | | |
| 62. - Avanex Corp. Stock (common)(Y) | | | | | | | | | |
| 63. - Bally Technologies Inc. Stock (common) | | None | | | sell | 1/29 | J | A | |
| 64. - Bankunited Finacial Corp. Stock (common) | | None | | | sell | 1/29 | J | | |
| 65. - Bebe Stores Inc. Stock (common) | | None | | | sell | 1/29 | J | | |
| 66. - Biovail Corp. Stock (common)(Y) | | | | | | | | | |
| 67. - Bookham Inc. Stock (common) | | None | | | sell | 1/29 | J | | |
| 68. - Broadwing Corporation Stock (common)(Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan,, Brian M | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Brown Shoe Co. Inc. Stock (common)(Y) | | | | | | | | | |
| 70. - Bucyrus Int'l Inc. Stock (sommon) | | None | | | sell | 1/29 | J | | |
| 71. - Carter's Inc. Stock (common) | | None | | | sell | 1/29 | J | | |
| 72. - CKE Restaurants Inc. Stock (common)(Y) | | | | | | | | | |
| 73. - Centennial Communications Corp. Stock (common)(Y) | | | | | | | | | |
| 74. - Charter Communications Inc. Stock (common) | | None | | | sell | 1/29 | J | | |
| 75. - Cheesecake Factory Inc. Stock (common) | | None | | | buy | 1/3 | J | | |
| 76. | | | | | sell | 1/29 | J | A | |
| 77. - Chicago Bridge & Iron Co. Stock (common)(Y) | | | | | | | | | |
| 78. - CIENA Corp. Stock (common) | | None | | | sell | 1/29 | J | A | |
| 79. - Cincinnati Bell Inc. Stock (common) | | None | | | sell | 1/29 | J | A | |
| 80. - Coinstar Inc. Stock (common) | | None | | | sell | 1/29 | J | | |
| 81. - Comstock Resources Inc. Stock (common) | | None | | | sell | 1/29 | J | A | |
| 82. - Commscope Inc. Stock (common) | | None | | | buy | 1/29 | J | | |
| 83. | | | | | sell | 1/29 | J | A | |
| 84. - Conseco Inc. Stock (common) | | None | | | sell | 1/29 | J | | |
| 85. - Continental Airlines Inc. Stock (common) | | None | | | sell | 1/29 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan,, Brian M | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.   - Credence Systems Corp. Stock (common)(Y) | | | | | | | | | |
| 87.   -Crown Castle Int'l Corp (formerly Global Signal Inc.) | | None | | | sell | 1/29 | J | A | see note in Part VIII |
| 88.   - Cumulus Media Inc. Stock (common)(Y) | | | | | | | | | |
| 89.   - Denny's Corporation Stock (common)(Y) | | | | | | | | | |
| 90.   - Dobson Communications Corp. Stock (common) | | None | | | sell | 1/29 | J | A | |
| 91.   - DRS Technologies Inc. Stock (common) | | None | | | sell | 1/29 | J | A | |
| 92.   - Dynegy Inc. Stock (common) | | None | | | sell | 1/29 | J | B | |
| 93.   - Eldorado Gold Corp. Stock (common)(Y) | | | | | | | | | |
| 94.   - Elizabeth Arden Inc. Stock (common)(Y) | | | | | | | | | |
| 95.   - Eurozinc Mining Corp. Stock (common)(Y) | | | | | | | | | |
| 96.   - Extreme Networks Inc. Stock (common) | | None | | | sell | 1/29 | J | | |
| 97.   - Fairchild Semiconductor International Inc. Stock (com)(Y) | | | | | | | | | |
| 98.   - FelCor Lodging Trust Inc. (REIT) | | None | | | sell | 1/29 | J | B | |
| 99.   - Finisar Corp. Stock (common) | | None | | | sell | 1/29 | J | A | |
| 100.  - First Marblehead Corp. Stock (common)(Y) | | | | | | | | | |
| 101.  - Florida East Coast Industries Inc. Stock (common)(Y) | | | | | | | | | |
| 102.  - Foundation Coal Holdings Inc. Stock (common)(Y) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan,, Brian M | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - Gasco Energy Inc. Stock (common) | | None | | | sell | 1/29 | J | | |
| 104. - Gaylord Entertainment Co. Stock (common) | | None | | | sell | 1/29 | J | A | |
| 105. - General Cable Corp. Stock (common) | | None | | | sell | 1/29 | J | B | |
| 106. - Genesee & Wyoming Inc. Stock (common) | | None | | | sell | 1/29 | J | | |
| 107. - Genesis Healthcare Corp. Stock (common) | | None | | | partial sell | 1/16 | J | A | |
| 108. | | | | | sell | 1/18 | J | A | |
| 109. - Global Crossing Ltd. Stock (common) | | None | | | sell | 1/29 | J | A | |
| 110. - Global Signal Inc. Stock (common)(Y) | | | | | | | | | see note in Part VIII |
| 111. - Grey Wolf Inc. Stock (common) | | None | | | sell | 1/29 | J | | |
| 112. - Hain Celestial Group Inc. Stock (common) | | None | | | sell | 1/29 | J | B | |
| 113. -Healthextras Inc. Stock (common) | | None | | | buy | 1/25 | J | | |
| 114. | | | | | sell | 1/29 | J | | |
| 115. -Herbalife Ltd. Stock (common) | | None | | | buy | 1/5 | J | | |
| 116. | | | | | sell | 1/29 | J | | |
| 117. - Helmerich & Payne Inc. Stock (common) | | None | | | sell | 1/29 | J | A | |
| 118. - Hydril Stock (common)(Y) | | | | | | | | | |
| 119. - Imax Corp. Stock (common)(Y) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan,, Brian M | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. - Infinity Property & Casualty Corp. Stock (common)(Y) | | | | | | | | | |
| 121. - Intermec Inc. Stock (common)(Y) | | | | | | | | | |
| 122. - Intrawest Corp. Stock (common)(Y) | | | | | | | | | |
| 123. - Investment Technology Group Stock (common) | None | | | | buy | 1/11 | J | | |
| 124. | | | | | sell | 1/29 | J | A | |
| 125. - Isle of Capri Casinos Inc. Stock (common) | None | | | | sell | 1/29 | J | A | |
| 126. - Kansas City Southern Stock (common) | None | | | | sell | 1/29 | J | B | |
| 127. - Kensey Nash Corp. Stock (common) | None | | | | sell | 1/29 | J | A | |
| 128. - Key Energy Services Inc. Stock (common) | None | | | | sell | 1/29 | J | A | |
| 129. - Kindred Healthcare Inc. Stock (common)(Y) | | | | | | | | | |
| 130. - Kulicke & Soffa Industries Inc. Stock (common)(Y) | | | | | | | | | |
| 131. - Lifepoint Hospitals Inc. Stock (common) | None | | | | sell | 1/29 | J | | |
| 132. - Magellan Health Services Inc. Stock (common) | None | | | | sell | 1/29 | J | A | |
| 133. - Martek Biosciences Corp. Stock (common) | None | | | | sell | 1/29 | J | | |
| 134. -Matria Healthcare Inc. (common) | None | | | | buy | 1/24 | J | | |
| 135. | | | | | sell | 1/29 | J | | |
| 136. - Mercury Interactive Corp. Stock (common)(Y) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan,, Brian M | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. - Meristar Hospitality Corp. Stock (common)(Y) | | | | | | | | | |
| 138. - Micros Systems Inc. Stock (common) | | None | | | sell | 1/29 | J | A | |
| 139. - Montpelier RE Holdings Ltd. Stock (common) | A | Dividend | | | sell | 1/29 | J | | |
| 140. - National Fin'l Partners Corp. Stock (common) | A | Dividend | | | sell | 1/29 | J | A | |
| 141. - NBTY Inc. Stock (common) | | None | | | sell | 1/5 | J | B | |
| 142. - Novagold Resources Inc. Stock (common)(Y) | | | | | | | | | |
| 143. - Novell Inc. Stock (common) | | None | | | buy | 1/16 | J | | |
| 144. | | | | | sell | 1/29 | J | A | |
| 145. - OM Group Inc. Stock (common)(Y) | | | | | | | | | |
| 146. - ON Semiconductor Corp. Stock (common) | | None | | | sell | 1/29 | J | B | |
| 147. - Orient Express Hotels Ltd. Stock (common) | A | Dividend | | | sell | 1/29 | J | A | |
| 148. - Owens Illinois Inc. Stock (common) | | None | | | sell | 1/29 | J | B | |
| 149. - Pacer International Inc. Stock (common) | A | Dividend | | | sell | 1/29 | J | A | |
| 150. - Panera Bread Co. Cl A Stock (common) | | None | | | sell | 1/29 | J | | |
| 151. - Penn National Gaming Inc. Stock (common) | | None | | | sell | 1/29 | J | A | |
| 152. - PF Changs China Bistro Inc. Stock (common) | | None | | | buy | 1/12 | J | | |
| 153. | | | | | sell | 1/29 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan,, Brian M | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. - Pinnacle Entertainment Inc. Stock (common) | | None | | | buy | 1/05 | J | | |
| 155. | | | | | sell | 1/29 | J | C | |
| 156. - PMC-Sierra Inc. Stock (common) | | None | | | buy | 1/12 | J | | |
| 157. | | | | | sell | 1/29 | J | | |
| 158. - Powerwave Technologies Inc. Stock (common) | | None | | | sell | 1/29 | J | | |
| 159. - Progressive Gaming Int'l Corp. Stock (common) | | None | | | sell | 1/29 | J | | |
| 160. - Red Robin Gourmet Burgers, Inc. Stock (common)(Y) | | | | | | | | | |
| 161. - Redback Networks Inc. Stock (common)(Y) | | | | | | | | | |
| 162. - Reserve Fund Primary Fund | A | Dividend | | | closed | 1/29 | J | | |
| 163. - Ruby Tuesday Inc. Stock (common) | A | Dividend | | | sell | 1/29 | J | A | |
| 164. - Savvis Inc. Stock (common) | | None | | | buy | 1/11 | J | | |
| 165. | | | | | buy | 1/18 | J | | |
| 166. | | | | | sell | 1/29 | J | B | |
| 167. - SBA Communications Corp. Stock (common) | | None | | | sell | 1/29 | J | C | |
| 168. - Silicon Laboratories Inc. Stock (common) | | None | | | sell | 1/29 | J | A | |
| 169. - Sinclair Broadcast Group Inc. Stock (common)(Y) | | | | | | | | | |
| 170. - Sonus Networks, Inc. Stock (common)(Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan,, Brian M | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. - Stillwater Mining Co. Stock (common)(Y) | | | | | | | | | |
| 172. - Sunrise Senior Living Inc. Stock (common) | | None | | | buy | 1/9 | J | | |
| 173. | | | | | partial sell | 1/17 | J | A | |
| 174. | | | | | sell | 1/29 | J | A | |
| 175. - Sunterra Corporation (common) | | None | | | sell | 1/29 | J | | |
| 176. - Tempur Pedic International Inc. Stock (common) | | None | | | buy | 1/23 | J | | |
| 177. | | | | | sell | 1/29 | J | A | |
| 178. - Tetra Technologies Inc. Stock (common) | | None | | | sell | 1/29 | J | | |
| 179. - TLC Vision Corp. Stock (common)(Y) | | | | | | | | | |
| 180. - TODCO Stock (common) | | None | | | sell | 1/29 | J | | |
| 181. - Trump Entertainment Resorts Inc. Stock (common) | | None | | | sell | 1/29 | J | | |
| 182. - Ubiquitel Inc. Stock (common)(Y) | | | | | | | | | |
| 183. - Unit Corp. Stock (common)(Y) | | | | | | | | | |
| 184. - United Rentals Inc. Stock (common) | | None | | | sell | 1/29 | J | A | |
| 185. - United Surgical Partners Intl Inc. Stock (common) | | None | | | sell | 1/29 | J | A | |
| 186. - Universal American Financial, Corp. Stock (comon)(Y) | | | | | | | | | |
| 187. - U Store It Trust (REIT) | A | Dividend | | | sell | 1/29 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan,, Brian M | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. - Urban Outfitters Inc. Stock (common) | | None | | | partial sell | 1/16 | J | A | |
| 189. | | | | | sell | 1/29 | J | A | |
| 190. -ValueClick Inc.(Common) | | None | | | buy | 1/16 | J | | |
| 191. | | | | | buy | 1/23 | J | | |
| 192. | | | | | sell | 1/29 | J | A | |
| 193. - Vishay Intertechnology Inc. Stock (common)(Y) | | | | | | | | | |
| 194. - Vitesse Semiconductor Corp Stock (common)(Y) | | | | | | | | | |
| 195. - Volcom Inc. Stock (common)(Y) | | | | | | | | | |
| 196. - Wabtec Corp. Stock (common) | | None | | | sell | 1/8 | J | A | |
| 197. - Waddell & Reed Financial Inc. Stock (common) | A | Dividend | | | sell | 1/29 | J | A | |
| 198. - Walter Industries Inc. Stock (common)(Y) | | | | | | | | | |
| 199. - Western Gas Resources Inc. Stock (common)(Y) | | | | | | | | | |
| 200. - Western Refining Inc. Stock (common)(Y) | | | | | | | | | |
| 201. - WPS Resources Corp. Stock (common) | | None | | | sell | 1/29 | J | A | |
| 202. Brokerage Account #3 | | | | | | | | | |
| 203. - AGL Resources Inc. Stock (common)(Y) | | | | | | | | | |
| 204. - Affiliated Computer Services Inc. Stock (common) | | None | | | sell | 1/19 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan,, Brian M | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. - Albemarle Corp. Stock (common) | A | Dividend | | | sell | 1/30 | J | B | |
| 206. - Alltel Corp. Stock (common)(Y) | | | | | | | | | |
| 207. - American Electric Power Co. Inc. Stock (common) | | None | | | buy | 1/18 | J | | |
| 208. | | | | | sell | 1/30 | J | A | |
| 209. - American Standard Companies Inc. Stock (common) | | None | | | sell | 1/30 | J | A | |
| 210. - Ametek Inc. Stock (common) | | None | | | sell | 1/30 | J | A | |
| 211. - Amphenol Corp. Stock (common) | A | Dividend | | | sell | 1/30 | J | A | |
| 212. - Applebee's International Inc. Stock (common) | A | Dividend | | | sell | 1/30 | J | A | |
| 213. - Arrow Electronics Inc. Stock (common) | | None | | | sell | 1/30 | J | A | |
| 214. - Ashland Inc. Stock (common)(Y) | | | | | | | | | |
| 215. - Assurant Inc. Stock (common) | | None | | | sell | 1/30 | J | B | |
| 216. - AutoNation Inc. Stock (common) | | None | | | sell | 1/30 | J | A | |
| 217. - AutoZone Inc. Stock (common) | | None | | | sell | 1/30 | J | B | |
| 218. - Ball Corp. Stock (common) | | None | | | sell | 1/30 | J | A | |
| 219. - W R Berkley Corp. Stock (common) | A | Dividend | | | buy | 1/9 | J | | |
| 220. | | | | | sell | 1/30 | J | | |
| 221. - Borg Warner Automotive Inc. Stock (common) (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan,, Brian M | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. - Brookfield Properties Corp. Stock (common) | | None | | | sell | 1/30 | J | B | |
| 223. - Brown Forman Corp. Stock (common) | A | Dividend | | | buy | 1/22 | J | | |
| 224. | | | | | sell | 1/30 | J | A | |
| 225. - Burlington Resources Inc. Stock (common)(Y) | | | | | | | | | |
| 226. - Cablevision Systems Corp. Stock (common) | | None | | | sell | 1/30 | J | A | |
| 227. - Carlisle Companies Inc. Stock (common) | | None | | | sell | 1/30 | J | A | |
| 228. - Centurytel Inc. Stock (common) | | None | | | sell | 1/30 | J | B | |
| 229. - Cincinnati Financial Corp. Stock (common) | A | Dividend | | | sell | 1/30 | J | A | |
| 230. -Clear Channel Outdoor Holdings Inc.Stock (common)(X) | | None | | | sell | 1/30 | J | A | |
| 231. - Clear Channel Communications Inc. Cl A Stock (common) (Y) | | | | | | | | | |
| 232. - Clear Channel Communications Inc. Stock (common) | A | Dividend | | | partial sell | 1/5 | J | A | |
| 233. | | | | | partial sell | 1/29 | J | A | |
| 234. | | | | | sell | 1/30 | J | A | |
| 235. - Clorox Co. Stock (common) | A | Dividend | | | sell | 1/30 | J | A | |
| 236. - Columbia Sportswear Co. Stock (common) | | None | | | sell | 1/30 | J | A | |
| 237. - CA Inc. (f. Computer Associates Intl Stock (common)(Y) | | | | | | | | | |
| 238. -Compass Bancshares Inc Stock.(common) | | None | | | buy | 1/23 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Cogan,, Brian M | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | sell | 1/30 | J | A | |
| 240. - Community Health System Inc. Stock (Common) | | None | | | sell | 1/30 | J | A | |
| 241. - Constellation Brands Inc. Stock (common) | | None | | | sell | 1/30 | J | | |
| 242. - Cooper Industries Ltd. Stock (common)(Y) | | | | | | | | | |
| 243. - Coventry Health Care Inc. Stock (common) | | None | | | sell | 1/30 | J | A | |
| 244. - Crane Co. Stock (common) | | None | | | sell | 1/30 | J | A | |
| 245. - Cullen/ Frost Bankers Inc. Stock (common) | | None | | | sell | 1/30 | J | A | |
| 246. - DPL Inc. Stock (common)(Y) | | | | | | | | | |
| 247. - Dean Foods Co. Stock (common) | | None | | | sell | 1/30 | J | A | |
| 248. - Del Monte Foods Co. Stock (common) | A | Dividend | | | sell | 1/30 | J | A | |
| 249. - Devon Energy Corporation Stock (common) | | None | | | sell | 1/30 | J | A | |
| 250. - Dex Media Inc. Stock (common)(Y) | | | | | | | | | |
| 251. - Dover Corp. Stock (common) | | None | | | sell | 1/30 | J | A | |
| 252. - E Trade Financial Corporation Stock (common) | | None | | | sell | 1/30 | J | A | |
| 253. - Energen Corp. Stock (common) | | None | | | sell | 1/30 | J | A | |
| 254. - Energy East Corporation Stock (common) | A | Dividend | | | sell | 1/25 | J | | |
| 255. - Everest RE Group Ltd. Stock (common) | | None | | | buy | 1/8 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan,, Brian M | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. | | | | | sell | 1/30 | J | | |
| 257. - Family Dollar Stores Inc. Stock (common)(Y) | | | | | | | | | |
| 258. - Federated Department Stores Inc. Stock (common) | A | Dividend | | | sell | 1/8 | J | A | |
| 259. - Firstenergy Corp. Stock (common) | | None | | | buy | 1/19 | J | | |
| 260. | | | | | sell | 1/30 | J | A | |
| 261. - Forest City Enterprises Inc. Stock (common) | | None | | | sell | 1/30 | J | A | |
| 262. - Fortune Brands Inc. Stock (common) | | None | | | sell | 1/30 | J | A | |
| 263. - Gannett Co. Inc. Stock (common)(Y) | | | | | | | | | |
| 264. - Genuine Parts Co. Stock (common) | A | Dividend | | | sell | 1/30 | J | A | |
| 265. - Genworth Financial Inc. Stock (common)(Y) | | | | | | | | | |
| 266. - Golden West Financial Corp. Stock (common)(Y) | | | | | | | | | |
| 267. - Harsco Corp. Stock (common) | A | Dividend | | | sell | 1/30 | J | A | |
| 268. - Helix Energy Solutions Group Inc. Stock (common) | | None | | | sell | 1/30 | J | | |
| 269. -Henry Schein Inc. Stock (common)(X) | | None | | | sell | 1/30 | J | A | |
| 270. - Hilton Hotels Corp. Stock (common) | | None | | | sell | 1/30 | J | B | |
| 271. - Hormel Foods Corp. Stock (common)(Y) | | | | | | | | | |
| 272. - Hughes Supply Inc. Stock (common)(Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan,, Brian M | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. - Istar Financial Inc. Stock (common) | | None | | | sell | 1/30 | J | A | |
| 274. - Interactive Data Corp. Stock (common) | | None | | | sell | 1/30 | J | A | |
| 275. - IPC Holdings Ltd. Stock (common) | | None | | | sell | 1/30 | J | | |
| 276. -Jarden Corporation (common) | | None | | | buy | 1/8 | J | | |
| 277. | | | | | sell | 1/30 | J | A | |
| 278. - Jabil Circuit Inc. Stock (common) | | None | | | sell | 1/30 | J | | |
| 279. - Kinder Morgan Inc. Stock (common) | A | Dividend | | | sell | 1/30 | J | B | |
| 280. - Knight-Ridder Inc. Stock (common)(Y) | | | | | | | | | |
| 281. - Estee Lauder Companies Inc. Stock (common) | | None | | | sell | 1/30 | J | A | |
| 282. - Legg Mason Inc. Stock (common)(Y) | | | | | | | | | |
| 283. - Limited Brands Inc. Stock (common) | | None | | | sell | 1/30 | J | A | |
| 284. - M & T Bank Corp. Stock (common) | | None | | | sell | 1/30 | J | A | |
| 285. - MGIC Investment Corp. Stock (common) | | None | | | partial sell | 1/5 | J | | |
| 286. | | | | | sell | 1/30 | J | | |
| 287. - Manor Care Inc. Stock (common)(Y) | | | | | | | | | |
| 288. - Marathon Oil Corp. Stock (common)(Y) | | | | | | | | | |
| 289. - MeadWestvaco Corp. Stock (common)(Y) | | | | | | | | | see note in Part VIII |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan,, Brian M | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. - McClatchy Co-Cl A Stock (common) | A | Dividend | | | sell | 1/30 | J | | |
| 291. - Mueller Water Products Inc. Stock (common) | | None | | | sell | 1/30 | J | | |
| 292. - NCR Corp. Stock (common) | | None | | | sell | 1/30 | J | A | |
| 293. - Norfolk Southern Corp. Stock (common) | | None | | | sell | 1/30 | J | A | |
| 294. - North Fork Bancorp., Inc. Stock (common)(Y) | | | | | | | | | |
| 295. - Northern Trust Corp. Stock (common) | A | Dividend | | | sell | 1/30 | J | A | |
| 296. - Old Republic International Corp. Stock (common) | | None | | | sell | 1/30 | J | A | |
| 297. -One Beacon Insurance Group LTD CL A Stock(common)(X) | | None | | | sell | 1/30 | J | | |
| 298. - Omnicare Inc. Stock (common) | | None | | | sell | 1/30 | J | | |
| 299. - OSI Restaurant (formOutback Steakhouse Inc. Stock (common) | | None | | | sell | 1/30 | J | | |
| 300. - PG&E Corp. Stock (common) | A | Dividend | | | buy | 1/25 | J | | |
| 301. | | | | | sell | 1/30 | J | A | |
| 302. -Plum Creek Time Co. Inc Stock (common)(X) | | None | | | sell | 1/30 | J | A | |
| 303. - PPG Industries Inc. Stock (common) | | None | | | sell | 1/30 | J | A | |
| 304. - PPL Corporation Stock (common) | A | Dividend | | | sell | 1/30 | J | A | |
| 305. - Pactiv Corp. Stock (common)(Y) | | | | | | | | | |
| 306. - Pioneer Natural Resources Co. Stock (common)(Y) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan,, Brian M | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 307. - Pitney Bowes Inc. Stock (common)(Y) | | | | | | | | | |
| 308. - T. Rowe Price Group, Inc. Stock (common) | A | Dividend | | | sell | 1/30 | J | A | |
| 309. - Principal Financial Group Inc. Stock (common) | | None | | | sell | 1/30 | J | A | |
| 310. - Quest Diagnostics Inc. Stock (common) | A | Dividend | | | partial sell | 1/29 | J | A | |
| 311. | | | | | sell | 1/30 | J | | |
| 312. - Questar Corp. Stock (common) | | None | | | sell | 1/30 | J | A | |
| 313. - Rayonier Inc. Stock (common) | | None | | | sell | 1/30 | J | A | |
| 314. - Republic Services Inc. Stock (common) | A | Dividend | | | sell | 1/30 | J | A | |
| 315. - Reserve Fund Primary Fund | A | Dividend | | | closed | 1/30 | J | | |
| 316. - R H Donnelley Corp. Stock (common)(Y) | | | | | | | | | |
| 317. - Safeco Corp. Stock (common) | A | Dividend | | | sell | 1/18 | J | A | |
| 318. - SCANA Corporation Stock (common) | A | Dividend | | | sell | 1/30 | J | A | |
| 319. - E W Scripps Co. Stock (common)(Y) | | | | | | | | | |
| 320. - Sherwin-Williams Co. Stock (common)(Y) | | | | | | | | | |
| 321. - Sigma-Aldrich Corp. Stock (common) | | None | | | sell | 1/30 | J | A | |
| 322. - Supervalu Inc. Stock (common) | | None | | | sell | 1/30 | J | A | |
| 323. - Synovus Financial Corp. Stock (common) | A | Dividend | | | sell | 1/30 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan,, Brian M | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. - TCF Finanial Corp. Stock (common) | | None | | | sell | 1/30 | J | | |
| 325. -Teekay Corporaton Marshall Island Stock (common) | | None | | | buy | 1/25 | J | | |
| 326. | | | | | sell | 1/30 | J | A | |
| 327. - TJX Companies Inc. Stock (common) | | None | | | sell | 1/30 | J | A | |
| 328. - Telephone and Data Systems Inc. Stock (common) | | None | | | sell | 1/30 | J | A | |
| 329. - Tiffany & Co. Stock (common) | A | Dividend | | | sell | 1/30 | J | A | |
| 330. - UGI Corp Holding Co. Stock (common) | A | Dividend | | | sell | 1/30 | J | A | |
| 331. - V F Corp. Stock (common) | A | Dividend | | | sell | 1/30 | J | B | |
| 332. - Vornado Realty Trust (REIT) | A | Dividend | | | sell | 1/30 | J | B | |
| 333. - Vulcan Materials Co. Stock (common) | | None | | | partial sell | 1/19 | J | A | |
| 334. | | | | | sell | 1/30 | J | B | |
| 335. - Wachovia Corporation Stock (common) (Y) | | | | | | | | | |
| 336. - Walter Industries Inc. New Stock (common) | | None | | | sell | 1/30 | J | | |
| 337. - Warner Chilcott Ltd. Stock (common) | | None | | | sell | 1/30 | J | A | |
| 338. - Webster Financial Corp. Stock (common) | | None | | | sell | 1/23 | J | A | |
| 339. - Westar Energy Inc. Stock (common) | A | Dividend | | | sell | 1/30 | J | A | |
| 340. - Williams Companies Inc. Stock (common) | | None | | | sell | 1/30 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan,, Brian M | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. - Wilmington Trust Corp. Stock (common) | A | Dividend | | | sell | 1/30 | J | A | |
| 342. - Windstream Corp. Stock (common) | A | Dividend | | | sell | 1/30 | J | A | |
| 343. - Zions Bancorporation Stock (common) | | None | | | sell | 1/30 | J | A | |
| 344. Brokerage Account #4 | | | | | | | | | |
| 345. - Adobe Systems Inc. Stock (common) | | None | | | sell | 1/29 | J | B | |
| 346. - American Electric Power Co. Inc. Stock (common) | | None | | | sell | 1/29 | J | A | |
| 347. - Bank of America Corp. Stock (common) | | None | | | sell | 1/29 | J | A | |
| 348. - BJ Services Co. Stock (common) | A | Dividend | | | sell | 1/29 | J | | |
| 349. - Becton Dickinson & Co. Stock (common) | A | Dividend | | | sell | 1/29 | J | A | |
| 350. - Bed Bath & Beyond Inc. Stock (common)(Y) | | | | | | | | | |
| 351. - Capital One Financial Corp. Stock (common) | | None | | | sell | 1/29 | J | | |
| 352. - Centex Corp. Stock (common) | | None | | | sell | 1/19 | J | | |
| 353. - Cisco Systems Inc. Stock (common) | | None | | | sell | 1/29 | J | A | |
| 354. - Coach Inc. Stock (common) | | None | | | partial sell | 1/17 | J | A | |
| 355. | | | | | sell | 1/29 | J | A | |
| 356. - ConocoPhillips Stock (common)(Y) | | | | | | | | | |
| 357. - Countrywide Financial Corp. Stock (common) | | None | | | sell | 1/29 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan,, Brian M | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. - C R Bard Inc. Stock (common) | A | Dividend | | | sell | 1/29 | J | A | |
| 359. - Dell Inc. Stock (common)(Y) | | | | | | | | | |
| 360. - FedEx Corp. Stock (common) | A | Dividend | | | sell | 1/29 | J | A | |
| 361. - Fiserv Inc. Stock (common) | | None | | | buy | 1/8 | J | | |
| 362. | | | | | sell | 1/29 | J | A | |
| 363. - Franklin Resources Inc. Stock (common)(Y) | | | | | | | | | |
| 364. - Gap Inc. Stock (common) | A | Dividend | | | sell | 1/8 | J | | |
| 365. - General Dynamics Corp. Stock (common)(Y) | | | | | | | | | |
| 366. -Harley Davidson Inc. Stock (common) | | None | | | buy | 1/19 | J | | |
| 367. | | | | | sell | 1/29 | J | | |
| 368. - Harrahs Entertainment Inc. Stock (common)(Y) | | | | | | | | | |
| 369. - ITT Industries Inc. Stock (common) | A | Dividend | | | sell | 1/29 | J | A | |
| 370. - International Business Machines Corp. Stock (common)(Y) | | | | | | | | | |
| 371. - Johnson & Johnson Stock (common)(Y) | | | | | | | | | |
| 372. - Johnson Controls Inc. Stock (common) | A | Dividend | | | sell | 1/29 | J | B | |
| 373. - Kellogg Co. Stock (common) | | None | | | sell | 1/29 | J | A | |
| 374. - L-3 Communications Holdings Inc. Stock (common) | | None | | | sell | 1/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan,, Brian M | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. - Laboratory Corp. Stock (Common) | | None | | | sell | 1/29 | J | B | |
| 376. - Estee Lauder Companies Inc. Stock (common)(Y) | | | | | | | | | |
| 377. - Legg Mason Inc. Stock (common) | A | Dividend | | | sell | 1/29 | J | | |
| 378. -Limited Brands Inc. Stock (common) | | None | | | buy | 1/8 | J | | |
| 379. | | | | | sell | 1/29 | J | A | |
| 380. - Lowes Companies Inc. Stock (common)(Y) | | | | | | | | | |
| 381. - M & T Bank Corp. Stock (common) | | None | | | sell | 1/29 | J | A | |
| 382. - MBNA Corp. Stock (common)(Y) | | | | | | | | | |
| 383. - Maxim Integrated Products Inc. Stock (common) | | None | | | sell | 1/8 | J | | |
| 384. - McDonald's Corp. Stock (common) | | None | | | sell | 1/29 | J | B | |
| 385. - Mcgraw Hill Companies Inc. Stock (common) | | None | | | sell | 1/29 | J | A | |
| 386. - Medtronic Inc. Stock (common)(Y) | | | | | | | | | |
| 387. - Merrill Lynch & Co. Inc. Stock (Common) | | None | | | sell | 1/29 | J | B | |
| 388. - Microsoft Corp. Stock (common)(Y) | | | | | | | | | |
| 389. - Nike Inc. Stock (common) | A | Dividend | | | sell | 1/29 | J | A | |
| 390. - Occidental Petroleum Corp. Stock (common)(Y) | | | | | | | | | |
| 391. - Omnicom Group Inc. Stock (common)(Y) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan,, Brian M | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. - Oracle Corp. Stock (common) | | None | | | sell | 1/29 | J | A | |
| 393. - PPL Corporation Stock (common) | A | Dividend | | | sell | 1/29 | J | A | |
| 394. - Paccar Inc. Stock (common)(Y) | | | | | | | | | |
| 395. - Pepsico Inc. Stock (common) | A | Dividend | | | sell | 1/29 | J | A | |
| 396. - Pfizer Inc. Stock (common) | | None | | | sell | 1/29 | J | A | |
| 397. - Pitney Bowes Inc. Stock (common)(Y) | | | | | | | | | |
| 398. - Praxair Inc. Stock (common) | | None | | | sell | 1/29 | J | B | |
| 399. - Precision Castparts Corp. Stock (common) | A | Dividend | | | sell | 1/29 | J | B | |
| 400. - Procter & Gamble Co. Stock (common) | A | Dividend | | | sell | 1/29 | J | A | |
| 401. - Reserve Fund Primary Fund | A | Dividend | | | closed | 1/29 | J | | |
| 402. - Rockwell Automation Inc. Stock (common) | | None | | | sell | 1/29 | J | | |
| 403. -Rockwell Collins Inc. Stock (common) | | None | | | buy | 1/12 | J | | |
| 404. | | | | | sell | 1/29 | J | A | |
| 405. - Staples Inc. Stock (common) | | None | | | sell | 1/29 | J | | |
| 406. - Starbucks Corp. Stock (common) | | None | | | sell | 1/29 | J | | |
| 407. - SLM Corporation Stock (Common) | | None | | | sell | 1/29 | J | | |
| 408. - Stryker Corp. Stock (comon)(Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan,, Brian M | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. - 3M Company Stock (common) | | None | | | sell | 1/29 | J | | |
| 410. - Target Corp. Stock (common) | | None | | | sell | 1/29 | J | A | |
| 411. - Thermo Fisher Scientific Inc. Stock (common) | | None | | | sell | 1/29 | J | B | |
| 412. - TJX Companies Inc. Stock (common)(Y) | | | | | | | | | |
| 413. - Unitedhealth Group Inc. Stock (common) | | None | | | sell | 1/29 | J | A | |
| 414. - Valero Energy Corp. Stock (common) | | None | | | sell | 1/29 | J | A | |
| 415. - Verizon Communications Inc. Stock (common) | A | Dividend | | | sell | 1/29 | J | A | |
| 416. - Walgreen Co. Stock (common)(Y) | | | | | | | | | |
| 417. - WellPoint Inc. Stock (common)(Y) | | | | | | | | | |
| 418. - XTO Energy Inc. Stock (common) | A | Dividend | | | sell | 1/29 | J | A | |
| 419. - Yahoo! Inc. Stock (common)(Y) | | | | | | | | | |
| 420. Brokerage Account #5 | | | | | | | | | |
| 421. - ACE Ltd. Stock (common) | A | Dividend | | | sell | 1/29 | J | A | |
| 422. - Alcatel Stock (common)(Y) | | | | | | | | | |
| 423. - Allstate Corp. Stock (common) | A | Dividend | | | sell | 1/29 | J | A | |
| 424. - Altria Group Inc. Stock (common) | A | Dividend | | | sell | 1/29 | J | B | |
| 425. - Amgen Inc. Stock (common) | | None | | | sell | 1/29 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Cogan,, Brian M | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. - Applied Materials Inc. Stock (common)(Y) | | | | | | | | | |
| 427. - Archer-Daniels-Midland Co. Stock (common) | | None | | | sell | 1/29 | J | | |
| 428. - AT&T Inc. Stock (common) | A | Dividend | | | sell | 1/29 | J | A | |
| 429. - Baker Hughes Inc. Stock (common) | | None | | | buy | 1/3 | J | | |
| 430. | | | | | sell | 1/29 | J | | |
| 431. - Barr Pharmaceuticals Inc. Stock (common) | | None | | | sell | 1/29 | J | A | |
| 432. - BJ Services Co. Stock (common) | A | Dividend | | | sell | 1/4 | J | A | |
| 433. - Bank of America Corp. Stock (common) | | None | | | sell | 1/29 | J | A | |
| 434. - Boston Scientific Corp. Stock (common)(Y) | | | | | | | | | |
| 435. - CIGNA Corp. Stock (common) | A | Dividend | | | sell | 1/29 | J | B | |
| 436. - CVS Corp. Stock (common) | A | Dividend | | | sell | 1/29 | J | A | |
| 437. - Cadence Design Systems Inc. Stock (common) | | None | | | sell | 1/29 | J | A | |
| 438. - Carnival Corp. Stock (common)(Y) | | | | | | | | | |
| 439. - Cendant Corp Stock (common)(Y) | | | | | | | | | see note in Part VIII |
| 440. - Chevron Corporation Stock (common) | | None | | | sell | 1/29 | J | A | |
| 441. - Conagra Foods Inc. Stock (common) | A | Dividend | | | sell | 1/29 | J | A | |
| 442. - Conseco Inc. Stock (Common) | | None | | | sell | 1/29 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan,, Brian M | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e. div., rent, or int.) | (1) Value Code2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. - DirecTV Group Inc. Stock (common) | | None | | | sell | 1/29 | J | A | |
| 444. - Eaton Corp. Stock (common) | | None | | | partial sell | 1/9 | J | A | |
| 445. | | | | | sell | 1/12 | J | A | |
| 446. - El Paso Corporation Stock (common) | A | Dividend | | | sell | 1/29 | J | A | |
| 447. - Flextronics International Ltd. Stock (common) | | None | | | sell | 1/29 | J | A | |
| 448. - First Data Corp. Stock (common)(Y) | | | | | | | | | see note in Part VIII |
| 449. - Glaxosmithkline PLC Stock (common)(Y) | | | | | | | | | |
| 450. - Globalsantafe Corp. Stock (common) | A | Dividend | | | sell | 1/29 | J | A | |
| 451. - HCA Inc. Stock (common)(Y) | | | | | | | | | |
| 452. - Halliburton Co. Stock (common) | | None | | | sell | 1/29 | J | A | |
| 453. - Harrahs Entertainment Inc. Stock (common)(Y) | | | | | | | | | |
| 454. - Home Depot Inc. Stock (common) | | None | | | sell | 1/29 | J | A | |
| 455. - Humana Inc. Stock (common)(Y) | | | | | | | | | |
| 456. - Illinois Tool Works Inc. Stock (common) | A | Dividend | | | sell | 1/29 | J | A | |
| 457. - Infineon Technologies AG Stock (common) | | None | | | sell | 1/29 | J | B | |
| 458. - ING Groep NV Stock (common) | | None | | | sell | 1/29 | J | B | |
| 459. - Intel Corp. Stock (common) | | None | | | sell | 1/29 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan,, Brian M | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460. - Interpublic Group of Cos Inc. Stock (common) | | None | | | sell | 1/29 | J | A | |
| 461. - Jones Apparel Group Inc. Stock (common)(Y) | | | | | | | | | |
| 462. - Limited Brands Inc. Stock (common) | | None | | | sell | 1/29 | J | A | |
| 463. - Mastercard Inc. Stock (common)(Y) | | | | | | | | | |
| 464. - MBIA Inc. Stock (common) | A | Dividend | | | sell | 1/29 | J | A | |
| 465. - Microsoft Corp. Stock (common) | | None | | | sell | 1/29 | J | A | |
| 466. - Morgan Stanley Stock (common)(Y) | | | | | | | | | |
| 467. - News Corporation Stock (common)(Y) | | | | | | | | | |
| 468. - Pfizer Inc. Stock (common)(Y) | | | | | | | | | |
| 469. -Qimoda AG Sponsored ADR Stock (common) | | None | | | buy | 1/24 | J | | |
| 470. | | | | | sell | 1/29 | J | | |
| 471. - Realogy Corporation (formerly Cendant Corp) Stock (common) | | None | | | sell | 1/29 | J | A | |
| 472. - Reserve Fund Primary Fund | A | Dividend | | | closed | 1/29 | J | | |
| 473. - Sanofi Aventis Sponsored ADR Stock (common) | | None | | | sell | 1/29 | J | | |
| 474. - St. Paul Travelers Companies Inc. Stock (common)(Y) | | | | | | | | | |
| 475. - Sysco Corp. Stock (common) | A | Dividend | | | sell | 1/29 | J | A | |
| 476. - Target Corp. Stock (common) | | None | | | sell | 1/29 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan,, Brian M | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477. - Tyson Foods Inc. Stock (common)(Y) | | | | | | | | | |
| 478. - US Bancorp - DEL Stock (common) | A | Dividend | | | sell | 1/29 | J | A | |
| 479. - WPP Group PLC American Stock (common) | | None | | | partial sell | 1/18 | J | A | |
| 480. | | | | | sell | 1/29 | J | B | |
| 481. - Washington Mutual Inc. Stock (common) | A | Dividend | | | sell | 1/29 | J | A | |
| 482. - Western Union Co. Stock (common) | | None | | | sell | 1/29 | J | A | |
| 483. - Wyeth Stock (common) | | None | | | sell | 1/29 | J | A | |
| 484. - Wyndham Worldwide Corp (Formerly Cendant ) Stock (common) | | None | | | sell | 1/29 | J | | |
| 485. Brokerage Account #6 | | | | | | | | | |
| 486. - Altria Group Inc. Stock (common) | A | Dividend | | | sell | 1/30 | J | C | |
| 487. - American Express Company Stock (common) | A | Dividend | | | sell | 1/30 | J | B | |
| 488. - American International Group Inc. Stock (common) | | None | | | sell | 1/30 | J | A | |
| 489. - Ameriprise Financial Stock (common) | | None | | | sell | 1/30 | J | A | |
| 490. - Aon Corp. Stock (common) | A | Dividend | | | sell | 1/30 | J | A | |
| 491. - Avon Products Inc. Stock (common)(Y) | | | | | | | | | |
| 492. - Berkshire Hathaway Inc. Stock (common) | | None | | | sell | 1/30 | J | A | |
| 493. - H & R Block Inc. Stock (common) | A | Dividend | | | sell | 1/30 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan,, Brian M | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 494. - Cardinal Health Inc. Stock (common) | A | Dividend | | | sell | 1/30 | J | A | |
| 495. - Caremark Rx Inc. Stock (common) | A | Dividend | | | sell | 1/30 | J | A | |
| 496. - Citigroup Inc. Stock (common) | | None | | | sell | 1/30 | J | A | |
| 497. - Comcast CL A SPCL Stock (common) | | None | | | sell | 1/30 | J | B | |
| 498. - ConocoPhillips Stock (common) | | None | | | sell | 1/30 | J | B | |
| 499. - Costco Wholesale Corp. Stock (common) | | None | | | sell | 1/30 | J | B | |
| 500. - Dell Inc. Stock (common) | | None | | | sell | 1/30 | J | | |
| 501. - Devon Energy Corporation Stock (common) | | None | | | sell | 1/30 | J | B | |
| 502. - Diageo PLC Stock (common) | | None | | | sell | 1/30 | J | A | |
| 503. - EOG Resources Inc. Stock (common) | A | Dividend | | | sell | 1/30 | J | B | |
| 504. - Fifth Third Bancorp Stock (common)(Y) | | | | | | | | | |
| 505. - Golden West Financial Corp. Stock (common)(Y) | | | | | | | | | |
| 506. - HCA Inc. Stock (common)(Y) | | | | | | | | | |
| 507. - HSBC Holdings PLC Stock (common) | A | Dividend | | | sell | 1/30 | J | B | |
| 508. - Harley Davidson Inc. Stock (common) | | None | | | sell | 1/30 | J | A | |
| 509. - Hershey Company Stock (common) | | None | | | sell | 1/30 | J | A | |
| 510. - Iron Mountain Inc. Stock (common) | | None | | | sell | 1/30 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan,, Brian M | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 511. - JPMorgan Chase & Co. Stock (common) | A | Dividend | | | sell | 1/30 | J | B | |
| 512. - Lloyds TSB Group PLC Stock (common)(Y) | | | | | | | | | |
| 513. - Loews Corp. Stock (common) | | None | | | sell | 1/30 | J | B | |
| 514. - Marsh & Mclennan Companies Inc. Stock (common)(Y) | | | | | | | | | |
| 515. - Microsoft Corp. Stock (common) | | None | | | sell | 1/30 | J | A | |
| 516. - Moody's Corp. Stock (common) | | None | | | sell | 1/30 | J | B | |
| 517. - News Corporation Cl A Stock (common) | | None | | | sell | 1/30 | J | A | |
| 518. - Occidental Petroleum Corp. Stock (common) | A | Dividend | | | sell | 1/30 | J | B | |
| 519. - Procter & Gamble Co. Stock (common) | A | Dividend | | | sell | 1/30 | J | A | |
| 520. - Progressive Corp. Stock (common) | A | Dividend | | | sell | 1/30 | J | A | |
| 521. - Reserve Fund Primary Fund | A | Dividend | | | closed | 1/30 | J | | |
| 522. - Sealed Air Corp. Stock (common) | | None | | | sell | 1/30 | J | A | |
| 523. - Sprint Nextel Corporation Stock (common) | | None | | | sell | 1/30 | J | | |
| 524. - Transatlantic Holdings Inc. Stock (common) | | None | | | sell | 1/30 | J | | |
| 525. - Transocean Inc. Stock (common) | | None | | | sell | 1/30 | J | | |
| 526. - Tyco International Ltd. Stock (common) | A | Dividend | | | sell | 1/30 | J | A | |
| 527. - Unitedhealth Group Inc. Stock (common) | | None | | | sell | 1/30 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Cogan,, Brian M | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 528. - Vulcan Materials Co. Stock (common) | | None | | | sell | 1/30 | J | B | |
| 529. - Wal-Mart Stores Inc. Stock (common) | A | Dividend | | | sell | 1/30 | J | | |
| 530. - Wachovia Corporation Stock (common) | | None | | | sell | 1/30 | J | A | |
| 531. - Wells Fargo & Co. Stock (common) | | None | | | sell | 1/30 | J | B | |
| 532. Brokerage Account #7 | | | | | | | | | |
| 533. - Alliance Boots PLC Stock (common)(formerly Boots Group) | | None | | | sell | 1/29 | J | | |
| 534. - Amcor Ltd. Stock (common) | | None | | | sell | 1/29 | J | | |
| 535. - BG PLC ADR Stock (common) | | None | | | sell | 1/29 | J | D | |
| 536. - BP PLC Stock (common) | | None | | | sell | 1/29 | J | A | |
| 537. - BNP Paribas sponsored ADR Stock (common) | | None | | | sell | 1/29 | J | B | |
| 538. - Banco Santander Central Hispano SA Stock (common) | A | Dividend | | | sell | 1/29 | K | D | |
| 539. - Bayer AG Stock (common) | | None | | | sell | 1/29 | J | D | |
| 540. - Boots Group PLC UNSP Stock (common)(Y) | | | | | | | | | see note in Part VIII |
| 541. - Canon Inc. Stock (common) | A | Dividend | | | sell | 1/29 | K | D | |
| 542. - Coles Myer Ltd. Stock (common)(Y) | | | | | | | | | |
| 543. - Deutsche Telekom AG Stock (common) | | None | | | sell | 1/29 | J | A | |
| 544. - Endesa SA Stock (common)(Y) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan,, Brian M | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 545. - Fortis NL SP ADR New Stock (common) | | None | | | sell | 1/29 | J | D | |
| 546. - Fosters Group Ltd. Stock (common) | | None | | | sell | 1/29 | J | B | |
| 547. - GlaxoSmithKline plc Stock (common) | A | Dividend | | | buy | 1/16 | J | | |
| 548. | | | | | sell | 1/29 | K | C | |
| 549. - HBOS PLC Stock (common) | | None | | | sell | 1/29 | J | C | |
| 550. - Hitachi Ltd. Stock (common) | | None | | | partial sell | 1/12 | J | | |
| 551. | | | | | sell | 1/29 | J | A | |
| 552. - HongKong Electric HL Stock (common) | | None | | | sell | 1/29 | J | A | |
| 553. - ING Groep NV Stock (common) | | None | | | sell | 1/29 | K | D | |
| 554. - Kao Corp. SP Stock (common) | | None | | | sell | 1/29 | J | B | |
| 555. - Lloyds TSB Group plc Stock (common) | | None | | | sell | 1/29 | J | C | |
| 556. - Matsushita Electric Industrial Co. Ltd. Stock (common)(Y) | | | | | | | | | |
| 557. - Millea Holdings Inc. Stock (common) | | None | | | buy | 1/17 | J | | |
| 558. | | | | | sell | 1/29 | J | B | |
| 559. - National Australia Bank Ltd. Stock (common) | | None | | | sell | 1/29 | K | C | |
| 560. - National Grid plc Stock (common) | A | Dividend | | | sell | 1/29 | J | C | |
| 561. - Nippon Telegraph & Telephone Corp. Stock (common) | | None | | | sell | 1/29 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan,, Brian M | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 562.  - POSCO Stock (common)(Y) | | | | | | | | | |
| 563.  - RWE AG Stock (common) | . | None | | | sell | 1/29 | K | D | |
| 564.  - Reed Elsevier NV Stock (common) | | None | | | sell | 1/29 | J | B | |
| 565.  - Reserve Fund Primary Fund | A | Dividend | | | closed | 1/29 | J | | |
| 566.  - Rio Tinto plc Stock (common) | | None | | | sell | 1/29 | J | A | |
| 567.  - Royal Dutch Shell Stock (common) | | None | | | sell | 1/29 | J | B | |
| 568.  - Sasol Ltd. Stock (common) | | None | | | sell | 1/29 | J | B | |
| 569.  - Societe Generale Stock (common) | | None | | | sell | 1/29 | K | D | |
| 570.  - Stora Enso Corp. Stock (common) | | None | | | sell | 1/29 | J | A | |
| 571.  - Telecom Corp. of New Zealand Ltd. Stock (common) | | None | | | sell | 1/29 | J | D | |
| 572.  - Telefonica SA Stock (common) | | None | | | sell | 1/29 | K | C | |
| 573.  - Telstra Corporation Ltd. Stock (common) | | None | | | sell | 1/29 | J | | |
| 574.  - Total S.A. Stock (common) | | None | | | buy | 1/18 | J | | |
| 575. | | | | | sell | 1/29 | K | C | |
| 576.  - Toyota Motor Corp. Stock (common) | | None | | | sell | 1/29 | K | D | |
| 577.  - Unilever PLC Stock (common) | | None | | | sell | 1/29 | K | C | |
| 578.  - UPM-Kymmene Corp. Stock (common) | | None | | | sell | 1/29 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan,, Brian M | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 579. - United Overseas Bank Ltd. Stock (common) | | None | | | sell | 1/29 | J | A | |
| 580. Brokerage Account #8 | | | | | | | | | |
| 581. - Bear Stearns NY Money Fund | B | Dividend | K | T | | | | | |
| 582. -Dormitory Authority of NY | C | Interest | K | T | buy | 3/15 | M | | |
| 583. | | | | | part redeem | 6/14 | L | | |
| 584. | | | | | part redeem | 9/20 | L | | |
| 585. - Franklin Templeton Funds NY Tax Free Income | A | Dividend | K | T | | | | | |
| 586. - Metropolitan Transn Auth NY Rev RFDG-Ser B-1 | A | Interest | K | T | | | | | |
| 587. -New York ST DORM AUTH INSD ST JOHN'S UNIV-B-1 INT | C | Interest | L | T | buy | 3/16 | L | | |
| 588. -New York NY City Trans ATH MTA & TBA CTFS PARTN SUBSER | B | Interest | K | T | buy | 1/16 | L | | |
| 589. | | | | | part redeem | 6/5 | K | | |
| 590. - New York NY G/O Subser G-4 Fund | D | Interest | M | T | | | | | |
| 591. - New York ST Urban Dev Corp. | A | Interest | | | reedem | 1/12 | L | | |
| 592. Brokerage Account #9 | | | | | | | | | |
| 593. - Causeway International Value Fund | A | Dividend | J | T | partial sell | 11/15 | J | A | |
| 594. - Davis New York Venture Fund Inc. | A | Dividend | J | T | partial sell | 11/15 | J | A | |
| 595. -DJ Wilshire Reit ETF Fund (Formerly StreetTRACK Wilshire) | | None | | | sell | 1/11 | J | B | see note in Part VIII |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan,, Brian M | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 596. - Harbor Small Cap Value Fund | A | Dividend | J | T | partial sell | 11/15 | J | A | |
| 597. - Ishares Lehman 1-3 Yr Treasury Bond (ETFS) | A | Dividend | J | T | partial sell | 11/15 | J | A | |
| 598. - Ishares MSCI EAFE Index Fund (ETFS) | A | Dividend | J | T | partial sell | 11/15 | J | A | |
| 599. - Ishares Russell Midcap Index Fund (ETFS) | A | Dividend | J | T | partial sell | 11/15 | J | A | |
| 600. - Ishares Trust Russell 2000 Growth Index Fund | A | Dividend | J | T | partial sell | 11/15 | J | A | |
| 601. - PIMCO High Yield Fund Cl A | A | Dividend | J | T | partial sell | 11/15 | J | | |
| 602. | | | | | partial sell | 12/4 | J | | |
| 603. - Reserve Fund Primary Fund Treasury Class | A | Dividend | J | T | | | | | |
| 604. - SPDR Ser TR DJ Wilshire (formerly StreetTRACKS Wilshire) | A | Dividend | | | partial sell | 11/15 | J | | see note in Part VIII |
| 605. | | | | | sell | 12/4 | J | | |
| 606. - Touchstone Sands Capital Select Growth Fund CL Z | | None | J | T | partial sell | 11/15 | J | A | |
| 607. Brokerage Account #10 | | | | | | | | | |
| 608. - Causeway International Value Fund | C | Dividend | J | T | | | | | |
| 609. - Touchstone Sands Capital Select Growth Fund CL Z | | None | J | T | | | | | |
| 610. - Davis New York Venture Fund Inc. Cl A | A | Dividend | J | T | | | | | |
| 611. - Harbor Small Cap Value Fund | A | Dividend | J | T | | | | | |
| 612. - Ishares Trust 1-3 Yr Treasury Index Fund (ETFS) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan,, Brian M | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 613. - Ishares MSCI EAFE Index Fund (ETFS) | A | Dividend | J | T | | | | | |
| 614. - Ishares Trust Russell Midcap Index Fund (ETFS) | A | Dividend | J | T | | | | | |
| 615. - Ishares Russell 2000 Growth Index Fund (ETFS) | A | Dividend | J | T | | | | | |
| 616. - PIMCO High Yield Fund Cl A | A | Dividend | J | T | | | | | |
| 617. - Reserve Fund Primary Fund Treasury Class | A | Dividend | J | T | | | | | |
| 618. - SPDR Ser TR DJ Wilshire (formerly streetTRACKS Wilshire) | A | Dividend | J | T | | | | | see note in Part VIII |
| 619. Brokerage Account #11 | | | | | | | | | |
| 620. - Affiliated Computer Services Inc. Stock (common) | | None | | | sell | 1/29 | J | | |
| 621. - Allied Waste Industries Inc. Stock (common) | | None | | | sell | 1/29 | J | A | |
| 622. - American Tower Corp. Stock (common) | | None | | | sell | 1/29 | J | A | |
| 623. - Ansys Inc. Stock (common)(Y) | | | | | | | | | |
| 624. - Astoria Financial Corp. Stock (common) | | None | | | sell | 1/29 | J | | |
| 625. - Autodesk Inc. Stock (common) | | None | | | sell | 1/29 | J | A | |
| 626. - Avaya Inc. Stock (common) | | None | | | sell | 1/29 | J | A | |
| 627. - C R Bard Inc. Stock (common) | A | Dividend | | | sell | 1/29 | J | A | |
| 628. - Barr Pharmaceuticals Inc. Stock (common) | | None | | | sell | 1/29 | J | | |
| 629. - Beckman Coulter Inc. Stock (common) | | None | | | sell | 1/29 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan,, Brian M | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 630. - Biomet Inc. Stock (common) | A | Dividend | | | sell | 1/29 | J | A | |
| 631. - Boston Properties Inc. Stock (common) | A | Dividend | | | sell | 1/29 | J | A | |
| 632. - Brinker International Inc. Stock (common) | | None | | | sell | 1/29 | J | A | |
| 633. - Cablevision Systems Corp. Stock (common)(Y) | | | | | | | | | |
| 634. - Chesapeake Energy Corp. Stock (common) | A | Dividend | | | sell | 1/29 | J | | |
| 635. - Choicepoint Inc. Stock (common) | | None | | | sell | 1/29 | J | A | |
| 636. - CIT Group Inc. Stock (common) | | None | | | sell | 1/29 | J | A | |
| 637. - Countrywide Financial Corp. Stock (common) | | None | | | sell | 1/29 | J | A | |
| 638. - Cooper Companies Inc. Stock (common) | A | Dividend | | | sell | 1/29 | J | | |
| 639. - Corning Inc. Stock (common) | | None | | | sell | 1/29 | J | | |
| 640. - Covance Inc. Stock (common) | | None | | | sell | 1/29 | J | A | |
| 641. - Coventry Health Care Inc. Stock (common) | | None | | | sell | 1/29 | J | | |
| 642. - CSX Corp. Stock (common) | | None | | | sell | 1/29 | J | A | |
| 643. - Cummins Inc. Stock (common) | | None | | | sell | 1/29 | J | A | |
| 644. - Darden Restaurants Inc. Stock (common) | | None | | | sell | 1/29 | J | | |
| 645. - D R Horton Inc. Stock (common) | A | Dividend | | | sell | 1/29 | J | | |
| 646. - Eastman Chemical Co. Stock (common) | A | Dividend | | | sell | 1/29 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan,, Brian M | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan,, Brian M | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 664. - Keyspan Stores Inc. Stock (common) | A | Dividend | | | sell | 1/29 | J | | |
| 665. - Michaels Stores Inc. Stock (common)(Y) | | | | | | | | | |
| 666. - Newfield Exploration Co. Stock (common) | | None | | | sell | 1/29 | J | A | |
| 667. - Pioneer Natural Resources Co. Stock (common) | | None | | | sell | 1/29 | J | | |
| 668. - Protective Life Corp. Stock (common) | | None | | | sell | 1/29 | J | | |
| 669. - Pulte Homes Inc. Stock (common) | A | Dividend | | | sell | 1/29 | J | | |
| 670. - Raymond James Financial Inc. Stock (common) | A | Dividend | | | sell | 1/29 | J | A | |
| 671. - Republic Services Inc. Stock (common) | A | Dividend | | | sell | 1/29 | J | A | |
| 672. - Reserve Tax Exempt Trust Interstate Tax Exempt Fund | A | Dividend | | | closed | 1/29 | J | | |
| 673. - Scientific Games Corp. Stock (common) | | None | | | sell | 1/29 | J | | |
| 674. - Scotts Miracle-Gro Co. Stock (common) | | None | | | sell | 1/29 | J | A | |
| 675. -Snap-On Inc. Stock (common)(X) | | None | | | sell | 1/29 | J | A | |
| 676. - TJX Companies Inc. Stock (common) | | None | | | sell | 1/29 | J | A | |
| 677. - Union Pacific Corp. Stock (common) | A | Dividend | | | sell | 1/29 | J | A | |
| 678. -Valspar Corp Stock (Common) (X) | A | Dividend | | | selll | 1/29 | J | A | |
| 679. - WPS Resources Corp. Stock (common) | | None | | | sell | 1/29 | J | A | |
| 680. - XTO Energy Inc. Stock (common) | A | Dividend | | | sell | 1/29 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan,, Brian M | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 681. - Yum Brands Inc. Stock (common) | A | Dividend | | | sell | 1/29 | J | A | |
| 682. Brokerage Account #12 | | | | | | | | | |
| 683. -Alaska Communications System Group Inc. Stock (common)(X) | A | Dividend | | | sell | 1/30 | J | A | |
| 684. - American Campus Communities Inc. Stock (common) | | None | | | sell | 1/30 | J | A | |
| 685. - Arrow International Inc. Stock (common) | | None | | | sell | 1/30 | J | A | |
| 686. - Akamai Technologies Inc. Stock (common)(Y) | | | | | | | | | |
| 687. - Bank of the Ozarks Inc. Stock (common) | A | Dividend | | | sell | 1/30 | J | | |
| 688. -Blackbaud Inc. Stock (common) | | None | | | buy | 1/18 | J | | |
| 689. | | | | | sell | 1/30 | J | | |
| 690. - Cabot Corp. Stock (common) | | None | | | sell | 1/30 | J | A | |
| 691. - Cedar Fair LP. Stock (common) | | None | | | sell | 1/30 | J | | |
| 692. - Cleco Corp Hldgs New Stock (common) | | None | | | sell | 1/30 | J | A | |
| 693. - Clarcor Inc. Stock (common) | A | Dividend | | | sell | 1/30 | J | A | |
| 694. - Cognex Corp. Stock (common) | | None | | | sell | 1/30 | J | | |
| 695. - Cohu Inc. Stock (common) | A | Dividend | | | sell | 1/30 | J | A | |
| 696. - Computer Programs & Systems Inc. Stock (common) | | None | | | sell | 1/30 | J | | |
| 697. - Cooper Companies Inc. Stock (common) | A | Dividend | | | sell | 1/30 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan,, Brian M | 05/15/2008 |

(5)

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan,, Brian M | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 715. - National Finl Partners Corp. Stock (common) | A | Dividend | | | sell | 1/30 | J | | |
| 716. - Natural Resource Partners LP. (PTP) | A | Dividend | | | sell | 1/30 | J | A | |
| 717. - NCO Group Inc. Stock (common)(Y) | | | | | | | | | |
| 718. - Newport Corp. Stock (common) | | None | | | partial sell | 1/19 | J | A | |
| 719. | | | | | sell | 1/30 | J | A | |
| 720. - NS Group Inc. Stock (common)(Y) | | | | | | | | | |
| 721. - O Reilly Automotive Inc. Stock (common) | | None | | | sell | 1/30 | J | | |
| 722. - Performance Food Group Co. Stock (common) | | None | | | sell | 1/30 | J | | |
| 723. - Proassurance Corp. Stock (common) | | None | | | sell | 1/30 | J | | |
| 724. - Ralcorp Holdings Inc. Stock (common) | | None | | | sell | 1/30 | J | A | |
| 725. - Reserve Tax Exempt Trust Interstate Tax Exempt Fund | A | Dividend | | | closed | 1/30 | J | | |
| 726. - Respironics Inc. Stock (common) | | None | | | sell | 1/30 | J | A | |
| 727. - Ritchie Bros Auctioneers Inc. Stock (common) | | None | | | sell | 1/30 | J | A | |
| 728. - Signature Bank Stock (common) | | None | | | sell | 1/30 | J | | |
| 729. - Stericycle Inc. Stock (common) | | None | | | sell | 1/30 | J | A | |
| 730. - St Mary Land & Exploration Co. Stock (common) | | None | | | sell | 1/30 | J | | |
| 731. - Standard Pacific Corp. Stock (common) | | None | | | sell | 1/30 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan,, Brian M | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 732. - Source Interlink Companies Inc. Stock (common)(Y) | | | | | | | | | |
| 733. - Thor Industries Inc. Stock (common) | A | Dividend | | | sell | 1/30 | J | | |
| 734. - Toro Co. Stock (common) | A | Dividend | | | sell | 1/30 | J | A | |
| 735. - Tractor Supply Co. Stock (common) | | None | | | sell | 1/30 | J | | |
| 736. - Tupperware Brands Corporation Stock (common) | A | Dividend | | | sell | 1/30 | J | A | |
| 737. - Umpqua Hldgs Corp. Stock (common) | A | Dividend | | | sell | 1/30 | J | | |
| 738. - Universal Compression Hldgs Inc. Stock (common) | | None | | | partial sell | 1/19 | J | A | |
| 739. | | | | | sell | 1/30 | J | | |
| 740. - Universal Forest Products Inc. Stock (common) | | None | | | sell | 1/30 | J | | |
| 741. - Valero LP. (PTP)(Y) | | | | | | | | | |
| 742. - Williams Partners LP (PTP) | | None | | | sell | 1/30 | J | A | |
| 743. Brokerage Account #13 | | | | | | | | | |
| 744. - UBS AG Stock (common) | | None | | | sell | 1/30 | J | A | |
| 745. - ABN Amro Holding NV Stock (common) | | None | | | partial sell | 1/25 | J | A | |
| 746. | | | | | sell | 1/30 | J | A | |
| 747. - Adecco SA-sponsored ADR Stock (common) | | None | | | sell | 1/30 | J | A | |
| 748. - AXA UAP-sponsored ADR (Formerly AXA SA) Stock (common) | | None | | | sell | 1/30 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan,, Brian M | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 749. - BG PLC ADR Final Stock (common) | | None | | | sell | 1/30 | J | A | |
| 750. - BNP Paribas Sponsored ADR Repstg Stock (common) | | None | | | sell | 1/30 | J | A | |
| 751. - Banco Bilbao Vizcaya Sponsored ADR Stock (common) | A | Dividend | | | sell | 1/30 | J | A | |
| 752. - Barclays PLC- ADR Stock (common) | | None | | | sell | 1/30 | J | A | |
| 753. - BHP Billiton Ltd. Sponsored ADR Stock (common) | | None | | | sell | 1/30 | J | A | |
| 754. - British American Tobacco PLC Sponsored ADR Stock (common) | | None | | | sell | 1/30 | J | A | |
| 755. - Canon Inc ADR Stock (common) | A | Dividend | | | sell | 1/30 | J | A | |
| 756. - Companhia Vale Do Rio Doce Sponsored ADR Stock (common) | | None | | | sell | 1/30 | J | A | |
| 757. - ENI SPA Sponsored ADR Stock (common) | | None | | | sell | 1/30 | J | A | |
| 758. - E On AG Sponsored ADR Stock (common) | | None | | | sell | 1/30 | J | A | |
| 759. - Eisai Co. Ltd -Sponsored ADR Stock (common) | | None | | | sell | 1/30 | J | A | |
| 760. - Ericsson L M Tel Co ADR Stock (common) | | None | | | sell | 1/30 | J | A | |
| 761. - Fomento Econmico Mexicano SA Sponsored ADR Stock (common) | | None | | | sell | 1/30 | J | A | |
| 762. - Fortis NL Sponsored ADR Stock (common) | | None | | | sell | 1/30 | J | A | |
| 763. - Glaxosmithkline PLC Sponsored ADR Stock (common) | A | Dividend | | | sell | 1/30 | J | A | |
| 764. - HSBC Holdings PLC Sponsored ADR Stock (common) | A | Dividend | | | sell | 1/30 | J | A | |
| 765. - Honda Motor Co. Ltd- ADR Stock (common) | A | Dividend | | | partial sell | 1/19 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan,, Brian M | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 766. | | | | | sell | 1/30 | J | A | |
| 767. - Hoya Corp Sponsored ADR Stock (common) | A | Dividend | | | sell | 1/30 | J | | |
| 768. - ING Groep NV Sponsored ADR Stock (common) | | None | | | buy | 1/25 | J | | |
| 769. | | | | | sell | 1/30 | J | A | |
| 770. - Ireland Bank Sponsored ADR Stock (common) | A | Dividend | | | sell | 1/30 | J | A | |
| 771. - Kao Corp Sponsored ADR Stock (common)(Y) | | | | | | | | | |
| 772. - Koninklijke Philips Electrs Sponsored ADR Stock (common) | | None | | | sell | 1/30 | J | A | |
| 773. - Lafarge Sponsored ADR Stock (common) | | None | | | sell | 1/30 | J | B | |
| 774. - Matsushita Electric Industrial Co LtdADR Stock(common)(Y) | | | | | | | | | |
| 775. - Mitsubishi Corp Sponsored ADR Stock (common) | | None | | | buy | 1/22 | J | | |
| 776. | | | | | sell | 1/30 | J | | |
| 777. - Mitsubishi Estate Co Ltd ADR Stock (common) | A | Dividend | | | sell | 1/30 | J | A | |
| 778. - Mitsubishi UFJ Finl Group Sponsored ADR Stock (common) | | None | | | sell | 1/30 | J | | |
| 779. - National Grid PLC Sponsored ADR Stock (common) | A | Dividend | | | sell | 1/30 | J | A | |
| 780. - Nestle SA Sponsored ADR Stock (common) | | None | | | sell | 1/30 | J | A | |
| 781. - News Corporation Cl B Sponsored ADR Stock (common) | | None | | | sell | 1/30 | J | A | |
| 782. - Nidec Corp Sponsored ADR Stock (common) | | None | | | sell | 1/30 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan,, Brian M | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 783. - Nikko Cordial Corp ADR Stock (common) | A | Dividend | | | sell | 1/30 | J | | |
| 784. - Nintendo Co Ltd ADR Stock (common)(Y) | | | | | | | | | |
| 785. -Nissian Motor Co Ltd Stock (common) | | None | | | buy | 1/19 | J | | |
| 786. | | | | | sell | 1/30 | J | A | |
| 787. - Nokia Corp Sponsored ADR Stock (common) | | None | | | sell | 1/30 | J | A | |
| 788. - Novartis AG Sponsored ADR Stock (common) | | None | | | buy | 1/25 | J | | |
| 789. | | | | | sell | 1/30 | J | A | |
| 790. - Petroleo Brasileiro Petrobra Sponsored ADR Stock (common) | A | Dividend | | | buy | 1/19 | J | | |
| 791. | | | | | sell | 1/30 | J | A | |
| 792. - Reed Elsevier NV Sponsored ADR Stock (common) | | None | | | sell | 1/30 | J | A | |
| 793. - Reserve Tax Exempt Trust Interstate Tax Exempt Fund | A | Dividend | | | closed | 1/30 | J | | |
| 794. - Roche Holding Ltd Sponsored ADR Stock (common) | | None | | | sell | 1/30 | J | A | |
| 795. - Sanofi Aventis Sponsored ADR Stock (common) | | None | | | sell | 1/30 | J | | |
| 796. - SAP Aktiengesellschaft Sponsored ADR Stock (common) | | None | | | sell | 1/30 | J | | |
| 797. - Schering AG Sponsored ADR Stock (common)(Y) | | | | | | | | | |
| 798. - Siemens AG Sponsored ADR Stock (common) | A | Dividend | | | sell | 1/30 | J | A | |
| 799. - Smith & Nephew PLC Sponsored ADR Stock (common) | | None | | | sell | 1/30 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan,, Brian M | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 800. - Sony Corp- ADR Stock (common) | | None | | | sell | 1/30 | J | A | |
| 801. - Sumitomo Mitsui Financial Group Inc ADR Stock (common) | | None | | | sell | 1/30 | J | | |
| 802. - Tesco PLC Sponsored ADR Stock (common) | | None | | | sell | 1/30 | J | A | |
| 803. - Total SA ADR Stock (common) | | None | | | sell | 1/30 | J | A | |
| 804. - Vodafone Group PLC New Sponsored ADR Stock (common) | A | Dividend | | | sell | 1/30 | J | A | |
| 805. - WPP PLC ADR Stock (common) | | None | | | sell | 1/30 | J | A | |
| 806. - Wolseley PLC Sponsored ADR Stock (common) | | None | | | sell | 1/30 | J | A | |
| 807. - Wolters Kluwer NV Sponsored ADR Stock (common) | | None | | | sell | 1/30 | J | A | |
| 808. - Zurich Financial Services Sponsored ADR Stock (common) | | None | | | sell | 1/30 | J | A | |
| 809. Brokerage Account #14 | | | | | | | | | |
| 810. - Bear Stearns NY Money Fund | B | Dividend | K | T | | | | | |
| 811. - Government Backed Trs Ctf Turkey Zero Cpn Cl T-1 Bond(Y) | | | | | | | | | |
| 812. - New York City Prin M-Raes 8% 8/1/07 Bond | A | Interest | | | redeem | 8/1 | J | | |
| 813. - US Treasury Strip-Tint- 8/15/06 Bond(Y) | | | | | | | | | |
| 814. Brokerage Account #15 | | | | | | | | | |
| 815. - New York City Prin M-Raes 8% 8/1/07 Bond | A | Interest | | | redeem | 8/1 | J | | |
| 816. Brokerage Account #16 | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan,, Brian M | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 817. -Advisory's Inner Circle Cambiar Opportunity FD INVT CL | B | Dividend | L | T | buy | 2/6 | L | | |
| 818. -AllianceBernstein Intl Value Fund CL A | B | Dividend | K | T | buy | 2/6 | K | | |
| 819. -Causeway International Value Fund Investor Class | D | Dividend | K | T | buy | 2/6 | K | | |
| 820. -Davis New York Venture Fund Inc.-CL A | A | Dividend | L | T | buy | 2/6 | L | | |
| 821. -Forward Hoover SmallCap Equity Fund | D | Dividend | L | T | buy | 2/6 | L | | |
| 822. -Harding Loevner Funds Inc. Emerging Markets Portfolio | B | Dividend | K | T | buy | 2/6 | K | | |
| 823. -Reserve Tax Exempt Trust Interstate Tax Exempt | B | Dividend | K | T | opened | 2/6 | K | | |
| 824. -Ishares Trust MSCI EAFE Index Fund | B | Dividend | L | T | buy | 2/7 | L | | |
| 825. -Ishares TR Russel MidCap Value Index FD | B | Dividend | L | T | buy | 2/7 | L | | |
| 826. -Ishares TR Russel MidCap Growth Index FD | A | Dividend | L | T | buy | 2/7 | L | | |
| 827. -Ishares Trust Russel 1000 Value Index FD | B | Dividend | K | T | buy | 2/7 | L | | |
| 828. -Ishares Trust Russel 1000 Growth Index FD | A | Dividend | L | T | buy | 2/7 | L | | |
| 829. -Ishares Trust Russel 2000 Value Index Fund | B | Dividend | L | T | buy | 2/7 | L | | |
| 830. -JPMorgan TR I Intl Equity FD CL A | D | Dividend | K | T | buy | 2/6 | K | | |
| 831. -JPMorgan TR II US Real Estate FD CL A | C | Dividend | K | T | buy | 2/6 | L | | |
| 832. -Lazard Emerging Markets Port Open SHS | D | Dividend | K | T | buy | 2/6 | K | | |
| 833. -Legg Mason Partners Aggressive Growth FD Inc. CL A | | None | L | T | buy | 2/6 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan,, Brian M | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

[ ] NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 834.  -Oppenheimer International Growth Fund-CL A | A | Dividend | K | T | buy | 2/6 | K | | |
| 835.  -Thornburg Intl Value Fund CL A | C | Dividend | L | T | buy | 2/6 | K | | |
| 836.  -Touchstone Sands Capital Select Growth Fund CL Z | | None | L | T | buy | 2/6 | L | | |
| 837.  Brokerage Statement #17 | | | | | | | | | |
| 838.  -Advisor's Inner Circle Cambiar Opportunity FD INVT CL. | B | Dividend | K | T | buy | 2/6 | K | | |
| 839.  -AllianceBernstein Intl Value Fund CL A | B | Dividend | K | T | buy | 2/6 | K | | |
| 840.  -Causeway International Value Fund Investor Class | D | Dividend | K | T | buy | 26 | K | | |
| 841.  -Davis New York Venture Fund Inc.-CL A | A | Dividend | K | T | buy | 2/6 | K | | |
| 842.  -Forward Hoover Small Cap Equity Fund | D | Dividend | L | T | buy | 2/6 | L | | |
| 843.  -Harding Loevner Funds Inc. Emerging Market Portfolio | C | Dividend | K | T | buy | 2/6 | K | | |
| 844.  -Ishares Trust MSCI EAFE Index Fund | A | Dividend | K | T | buy | 2/7 | K | | |
| 845.  -Ishares TR Russell MidCap Value Index FD | B | Dividend | L | T | buy | 2/7 | L | | - |
| 846.  -Ishares TR Russell MidCap Growth Index FD | A | Dividend | L | T | buy | 2/7 | L | | |
| 847.  -Ishare Trust Russell 1000 Value Index FD | B | Dividend | K | T | buy | 2/7 | K | | |
| 848.  -Ishares Trust Russell 1000 Growth Index FD | A | Dividend | K | T | buy | 2/7 | K | | |
| 849.  -Reserve Tax Exempt Trust Interstate Tax Exempt Fund | B | Dividend | K | T | opened | 2/7 | K | | |
| 850.  -Ishares Trust Russell 2000 Value Index Fund | B | Dividend | L | T | buy | 2/7 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan,, Brian M | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 851. -JPMorgan TR I Intl Equity FD CL A | D | Dividend | K | T | buy | 2/6 | K | | |
| 852. JP Morgan TR II US Real Estate FD CL A | C | Dividend | K | T | buy | 2/6 | L | | |
| 853. -Lazard Emerging Markets Port Open SHS | C | Dividend | K | T | buy | 2/6 | K | | |
| 854. -Legg Mason Partners Aggressive Growth FD Inc. CL A | | None | K | T | buy | 2/6 | K | | |
| 855. -Oppenheimer International Growth Fund-CL A | A | Dividend | K | T | buy | 2/6 | K | | |
| 856. -Thornburg Intl Value Fund CL A | C | Dividend | K | T | buy | 2/6 | K | | |
| 857. -Touchstone Sands Capital Select Growth Fund CL Z | | None | L | T | buy | 2/6 | K | | |
| 858. Goldman Sachs Tollkeeper Fund | | None | J | T | | | | | |
| 859. IRA #1 | E | Dividend | P1 | T | | | | | |
| 860. -Ishares TR Russell MidCap Value Index FD | | | | | buy | 8/22 | K | | |
| 861. -Ishares TR Russell MidCap Growth Index FD | | | | | buy | 8/22 | K | | |
| 862. -Ishares Trust 1-3 YR Treasury Index Fund | | | | | buy | 8/22 | M | | |
| 863. -Ishares Trust Lehman Aggregate Bond Fund | | | | | buy | 8/22 | N | | |
| 864. - Ishares Trust MSCI Emerging Markets Index Fund (ETFS) | | | | | sell | 8/21 | J | A | |
| 865. - Ishares Trust MSCI EAFE Index Fund (ETFS) | | | | | sell | 8/21 | J | B | |
| 866. - Ishares Trust Russell Midcap Index Fd (ETFS) | | | | | buy | 6/8 | J | | |
| 867. | | | | | sell | 8/21 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan,, Brian M | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS *– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 868. - Ishares Trust Russell 1000 Value Index Fd (ETFS) | | | | | buy | 8/21 | K | | |
| 869. - Ishares Trust Russell 1000 Growth Index Fd (ETFS) | | | | | buy | 8/21 | K | | |
| 870. - Ishares Trust Russell 2000 Value Index Fund (ETFS) | | | | | buy | 8/21 | K | | |
| 871. - Ishares Trust Russell 2000 Growth Index Fund (ETFS) | | | | | sell | 8/21 | J | A | |
| 872. - Reserve Fund Primary Fund Tresury Class | | | | | | | | | |
| 873. -AllianceBernstein Intl Value Fund CL A | | | | | buy | 2/6 | K | | |
| 874. -Advisor's Inner Circle Cambiar Opportunity FD INVT CL | | | | | buy | 2/6 | K | | |
| 875. -Causeway International Value Fund Investor Class | | | | | buy | 2/6 | K | | |
| 876. -Davis New York Venture Fund Inc.-CL A | | | | | buy | 2/6 | K | | |
| 877. -DJ Wilshire REIT ETFS (formerly streetTracks Wilshire Reit) | | | | | sell | 1/11 | J | A | see note in Part VIII |
| 878. -Harding Loevner Funds Inc. Emerging Market Portfolio | | | | | buy | 2/6 | J | | |
| 879. -ING Mutual Funds Global Real Estate Fund CL A | | | | | buy | 2/6 | K | | |
| 880. -Jennison Small CO FD Inc. CL A | | | | | buy | 2/6 | K | | |
| 881. -JPMorgan TR I Intl Equity FD CL A | | | | | buy | 2/6 | K | | |
| 882. -Lazard Emerging Markets Port Open SHS | | | | | buy | 2/6 | K | | |
| 883. -Legg Mason Partners Aggressive Growth FD Inc. CL A | | | | | buy | 2/6 | K | | |
| 884. -Oppenheimer International Growth Fund-CL A | | | | | buy | 2/6 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4=More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan,, Brian M | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 885. -Oppenheimer International Bond Fund-CL A | | | | | buy | 2/6 | L | | |
| 886. -SPDR SER TR DJ Wilshire (formerly StreetTRACKS Wilshire) | | | | | partial sell | 6/4 | J | A | see note in Part VIII |
| 887. | | | | | sell | 8/21 | J | A | |
| 888. -Thornburg Intl Value Fund | | | | | buy | 2/6 | K | | |
| 889. -Touchstone Sands Capital Select Growth Fund CL Z | | | | | buy | 2/6 | K | | |
| 890. IRA #2 | E | Dividend | P1 | T | | | | | |
| 891. -Ishares TR Russel MidCap Value Index FD | | | | | buy | 8/22 | K | | |
| 892. -Ishares TR Russell MidCap Growth Index FD | | | | | buy | 8/22 | L | | |
| 893. -Ishares Trust 1-3 Treasury Index Fund | | | | | buy | 8/22 | M | | |
| 894. -Ishares Trust Lehman Aggregate Bond Fund | | | | | buy | 8/22 | N | | |
| 895. - Ishares Trust MSCI Emerging Markets Index Fund (ETFS) | | | | | sell | 8/21 | J | A | |
| 896. - IsharesTrust MSCI EAFE Index Fund (ETFS) | | | | | sell | 8/21 | J | B | |
| 897. - IsharesTrust Russell Midcap Index Fd (ETFS) | | | | | sell | 8/21 | J | A | |
| 898. - Ishares Trust Russell 1000 Value Index FD (ETFS) | | | | | buy | 8/22 | K | | |
| 899. - Ishares Trust Russell 1000 Growth Index Fd (ETFS) | | | | | buy | 8/22 | L | | |
| 900. -Ishares Trust Russell 2000 Value Index Fund | | | | | buy | 8/22 | L | | |
| 901. - Ishares Trust Russell 2000 Growth Index Fund (ETFS) | | | | | sell | 8/21 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less  F =$50,001 - $100,000 | B =$1,001 - $2,500  G =$100,001 - $1,000,000 | C =$2,501 - $5,000  H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000  H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less  N =$250,001 - $500,000  P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000  O =$500,001 - $1,000,000 | L =$50,001 - $100,000  P1 =$1,000,001 - $5,000,000  P4 =More than $50,000,000 | M =$100,001 - $250,000  P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal  U =Book Value | R =Cost (Real Estate Only)  V =Other | S =Assessment  W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan,, Brian M | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 902. -Reserve Fund Primary Fund Treasury Class | | | | | | | | | |
| 903. -AllianceBernstein Intl Value Fund CL A | | | | | buy | 2/6 | K | | |
| 904. -Advisor's Inner Circle Cambiar Opportunity FD INVT CL | | | | | buy | 2/6 | K | | |
| 905. -Causeway Internal Value Fund Investor Class | | | | | buy | 2/6 | K | | |
| 906. -Davis New York Venture Fund Inc.-CL A | | | | | buy | 2/6 | L | | |
| 907. -Harding Loevner Fund Inc. Emerging Markets Portfolio | | | | | buy | 2/6 | J | | |
| 908. -ING Mutual Funds Global Real Estate Fund CL A | | | | | buy | 2/6 | K | | |
| 909. -Jennison Small Co FD Inc. CL A | | | | | buy | 2/6 | K | | |
| 910. -JPMorgan TR I Intl Equity FD CL A | | | | | buy | 2/6 | L | | |
| 911. -Lazard Emerging Markets Port Open SHS | | | | | buy | 2/6 | K | | |
| 912. -Legg Mason Partners Aggressive Growth FD Inc. CL A | | | | | buy | 2/6 | K | | |
| 913. -Oppenheimer International Grwoth Fund-CL A | | | | | buy | 2/6 | K | | |
| 914. -Oppenheimer International Bond Fund-CL A | | | | | buy | 2/6 | L | | |
| 915. -Thornburg Intl Value Fund CL A | | | | | buy | 2/6 | K | | |
| 916. -SPDR SER TR DJ Wilshire (formerly StreetTRACKS Wilshire) | | | | | sell | 8/21 | J | A | see note in Part VIII |
| 917. -Touchstone Sands Capital Select Growth Fund CL Z | | | | | buy | 2/6 | K | | |
| 918. Retirement Plan for Partners #1 | | None | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan,, Brian M | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 919. - Lehman Ishares Bond Fund | | | | | sell | 7/31 | M | B | |
| 920. - Bernstein Equity Fund | | | | | sell | 7/31 | L | | |
| 921. - Westfield Capital (formerly Baird Capital Fund) | | | | | sell | 7/31 | L | | |
| 922. - C.S. Mc Kee, L.P. Fund | | | | | sell | 7/31 | L | | |
| 923. - Cramer rosenthal Mc Glynn (formerly Private Capital Mgmt | | | | | sell | 7/31 | L | | |
| 924. - Brandes Investment Partners Fund | | | | | sell | 7/31 | M | | |
| 925. - Timessquare Capital (formerly Calamos Investment Mgmt Fd) | | | | | sell | 7/31 | L | | |
| 926. - Fayez Sarofim & Company Fund(Y) | | | | | | | | | |
| 927. - Allegiance Capital Fund | | | | | sell | 7/31 | M | B | |
| 928. - Receivable Fund | | | | | sell | 3/31 | J | | |
| 929. Retirement Plan for Partners #2 | None | | | | | | | | |
| 930. - Lehman Ishares Bond Fund | | | | | sell | 7/31 | M | B | |
| 931. - Bernstein Equity Fund | | | | | sell | 7/31 | M | | |
| 932. - Westfield Capital (formerly Baird Capital Fund) | | | | | sell | 7/31 | M | | |
| 933. - C.S. Mc Kee, L.P. Fund | | | | | sell | 7/31 | M | | |
| 934. - Cramer rosenthal Mc Glynn (formerly Private Capital Mgmt | | | | | sell | 7/31 | M | | |
| 935. - Brandes Investment Partners Fund | | | | | sell | 7/31 | M | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan,, Brian M | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 936. - Timessquare Capital (formerly Calamos Investment Mgmt Fd) | | | | | sell | 7/31 | M | | |
| 937. - Fayez Sarofim & Company Fund(Y) | | | | | | | | | |
| 938. - Allegiance Capital Fund | | | | | sell | 7/31 | M | B | |
| 939. - Receivable Fund | | | | | partial sell | 3/31 | K | | |
| 940. | | | | | sell | 6/30 | J | | |
| 941. Retirement Plan for Partners #3 | A | Dividend | K | T | | | | | |
| 942. - Fidelity Retire MMKT | | | | | opened | 7/3 | J | | |
| 943. Profit Sharing Plan for Partner #1 | | None | | | | | | | |
| 944. - Lehman Ishares Bond Fund | | | | | sell | 7/31 | J | A | |
| 945. - Bernstein Equity Fund | | | | | sell | 7/31 | J | | |
| 946. - Westfield Capital (formerly Baird Capital Fund) | | | | | sell | 7/31 | J | | |
| 947. - C.S. Mc Kee, L.P. Fund | | | | | sell | 7/31 | J | | |
| 948. - Cramer rosenthal Mc Glynn (formerly Private Capital Mgmt | | | | | sell | 7/31 | J | | |
| 949. - Brandes Investment Partners Fund | | | | | sell | 7/31 | J | | |
| 950. - Timessquare Capital (formerly Calamos Investment Mgmt Fd) | | | | | sell | 7/31 | J | | |
| 951. - Fayez Sarofim & Company Fund(Y) | | | | | | | | | |
| 952. - Allegiance Capital Fund | | | | | sell | 7/31 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan,, Brian M | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 953. - Receivable Fund(Y) | | | | | | | | | |
| 954. Profit Sharing Plan for Partner #2 | | None | | | | | | | |
| 955. - Lehman Ishares Bond Fund | | | | | sell | 7/31 | K | A | |
| 956. - Bernstein Equity Fund | | | | | sell | 7/31 | J | | |
| 957. - Westfield Capital (formerly Baird Capital Fund) | | | | | sell | 7/31 | J | | |
| 958. - C.S. Mc Kee, L.P. Fund | | | | | sell | 7/31 | J | | |
| 959. - Cramer rosenthal Mc Glynn (formerly Private Capital Mgmt | | | | | sell | 7/31 | J | | |
| 960. - Brandes Investment Partners Fund | | | | | sell | 7/31 | J | | |
| 961. - Timessquare Capital (formerly Calamos Investment Mgmt Fd) | | | | | sell | 7/31 | J | | |
| 962. - Fayez Sarofim & Company Fund(Y) | | | | | | | | | |
| 963. - Allegiance Capital Fund | | | | | sell | 7/31 | J | A | |
| 964. - Receivable Fund | | | | | sell | 6/30 | J | | |
| 965. College Access 529 Plan #1 | | | | | | | | | |
| 966. Portfolio 004 | A | Dividend | | | distribution | 4/23 | K | | |
| 967. College Access 529 Plan #2 | | | | | | | | | |
| 968. Portfolio 005 | D | Dividend | L | T | contribution | 4/23 | K | | |
| 969. IRS Federal Income Tax Receivable | | None | L | U | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan,, Brian M | 05/15/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

1) Part VII, page 9, line 87: This asset was formerly known as "Global Signal Inc."

2) Part VII, page 10, line 110: The asset of "Global Signal Inc. Stock (common)" was mergered into "Crown Castle Int'l Corp. Stock (common)".

3) Part VII, page 20, line 289: The asset of "MeadWestvaco Corp. Stock (common)" was sold in 2006 and not reflected in 2006 report as its income and value were below the threshold.

4) Part VII, page 29, line 439: The asset of "Cendant Corp. Stock (common)" was sold in 2006 and not reflected in 2006 report as its income and value were below the threshold.

5) Part VII, page 30, line 448: The asset of "First Data Corp. Stock (common)" was sold in 2006 and not reflected in 2006 report as its income and value were below the threshold.

6) Part VII, page 35, line 540: The asset of "Boots Group PLC UNSP Stock (common)" was mergered into "Alliance Boots PLC Stock (common)".

7) Part VII, page 38, line 595; page 39, line 604; page 40, line 618; page 55, line 877; page 56, line 886; and page 57, line 916: The name of the asset of "StreetTRACKS Wilshire Reit ETF" was changed to "DJ Wilshire Reit ETF" and "SPDR Ser TR DJ Wilshire Reit ETF".

8) The retirement plans and profit sharing plans listed in Part II of 2007 report which assets are listed in Part VII, lines 918, 929, 943 and 954 were roll over to IRA accounts listed in Part VII, lines 859 and 890 in 2007 and no assets are in these retirement plan accounts at the end of 2007.

9) The position listed in Part I of 2007 report is a partner as the filer has a partnership interest in the former law firm. The income from the former law firm is listed in Part III-A of 2007 report. The capital account from the former law firm is listed in Part VII, line 3 and the balance of the capital will be distributed in 2008.

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan,, Brian M | 05/15/2008 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature  5/8/08

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

## FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544